**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JORGE LORENZO SAULA PICHASACA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ERIC ROKOSKY, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-8560 (RK)**<br><br>**ORDER** |

This matter comes before the Court on a counseled Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which Petitioner challenges the lawfulness of his immigration detention, asserting that Respondents improperly detained him under 8 U.S.C. § 1225(b) rather than 8 U.S.C. § 1226(a). He contends that his detention is unlawful because it was imposed without a warrant or individualized custody determination and violates his procedural and substantive due process rights. (ECF No. 1.) Having examined the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), the Court finds that dismissal prior to the answer is not warranted and sets an expedited briefing schedule.

**IT IS**, on this 14th day of July 2026;

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court has examined the Petition and determined

that dismissal of the Petition prior to submission of an answer and the record is not warranted; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED that the Government shall not transfer Petitioner from this District while this matter is pending;** and it is further

**ORDERED** Respondents shall electronically file a full and complete answer to the Petition, which responds to all factual and legal allegations of the Petition (ECF No. 1) within seven (7) days; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record evidence supporting the asserted statutory basis for Petitioner's detention; and it is further

**ORDERED** that Respondents shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims, <u>including a copy of the bond transcript if Petitioner was provided a bond hearing</u>; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within seven (7) days after his receipt of the Answer.

ROBERT KIRSCH
United States District Judge